**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| BRYAN DeWITT, et. al., | ) | CASE NO. CV 06-278-PHX-JAT |
| | ) | |
| Plaintiffs, | ) | JUDGMENT BY DEFAULT |
| | ) | |
| v. | ) | |
| | ) | |
| BELSITO PLUMBING, LLC., a limited liability corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter having come before the Court on Plaintiffs' Motion for Entry of Judgment by Default, and the Court having reviewed Plaintiff's Motion and being advised of the premises:

THE COURT FINDS that Defendant Belsito Plumbing, LLC, was duly served with process as by law required, failed to answer or otherwise appear, is not an infant or an incompetent person, and was not served by publication.

THE COURT FURTHER FINDS that the default of Defendant Belsito Plumbing, LLC was duly entered by the Clerk of Court on March 10, 2006, and that the Plaintiffs are entitled to judgment against Defendant Belsito Plumbing, LLC, as set forth in the Affidavit accompanying Plaintiffs' Motion.

Accordingly,

/ / /

IT IS ORDERED that Plaintiffs be and hereby are awarded judgment against Defendant Belsito Plumbing, LLC, for the time period ending November, 2005, in the following amounts:

    A.    To Plaintiff Arizona Pipe Health and Welfare Trust Fund the sum of $17,613.50 as and for contributions and the sum of $880.68 as and for liquidated damages.

    B.    To Plaintiff Arizona Pipe Trades Defined Contribution Pension Trust Fund the sum of $6,416.50 as and for contributions and the sum of $320.83 as and for liquidated damages.

    C.    To Plaintiff Phoenix Pipefitting Trades Joint Apprenticeship Trust Fund the sum of $2,187.78 as and for contributions.

    D.    To Plaintiff Pipe Trades Industry Program of Central and Northern Arizona the sum of $535.80 as and for contributions.

    E.    To Plaintiff Local Union No. 469 the sum of $3,548.97 as and for dues check off, and $118.65 as and for a contribution to the political action committee.

    F.    To the Plaintiffs pre-judgment interest at the lawful rate together with attorneys' fees in the sum of $400.00 and court costs in the sum of $140.00.

Dated this 28th day of April, 2006.

_____
James A. Teilborg
United States District Judge